IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

WILLIAM BILL CARTER,
a/k/a WILLIAM BILLIE CARTER,
a/k/a WILLIAM BILLIE GENE CARTER,

    Plaintiff,

vs.    Case No. 23-4053-CV-C-SRB-P

VALERIE HUHN,

    Defendant.

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendant's motion to dismiss (Doc. 25) is granted as set out in the Order filed 9/12/13, and Plaintiff's "Motion for Judicial Notice" (Doc. 29) and his sixth motion for appointed counsel (Doc. 31) are denied as moot.

September 12, 2023                                            Paige Wymore-Wynn
Date                                                                    Clerk of Court

                                                                                           /s/ Sara Borneman
                                                                                           (by) Deputy Clerk